IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00580-WYD-MJW

SEAN SUMPTER, and
K. S., a minor by GEORGE and KATHIE SUMPTER, his parents and next friend,

Plaintiff(s),

v.

NATHAN AHLBRECHT, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate and Re-Set Scheduling Conference (docket no. 16) is GRANTED. The Scheduling Conference set on June 17, 2010, at 9:00 a.m., is VACATED and RESET on July 14, 2010, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Further, the parties shall submit their proposed Scheduling Order to the Court on or before July 8, 2010.

Date: June 14, 2010