IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                     Magistrate Judge Michael J. Watanabe

Civil Action No.  10-cv-00580-WYD-MJW          FTR - Courtroom A-502

Date:  September 09, 2010                      Courtroom Deputy, Ellen E. Miller

         *Parties*                                          *Counsel*

SEAN SUMPTER, and                              Jimmy D. Vigil
K. S., a minor by
GEORGE  SUMPTER and
KATHIE SUMPTER, his parents and next friend,


         Plaintiff(s),

v.

NATHAN AHLBRECHT,                              Melanie B. Lewis
ELBERT COUNTY SHERIFF'S OFFICE, and
ELBERT COUNTY, and
JOHN DOES 1-12,

         Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   SHOW   CAUSE   HEARING
**Court in Session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

Plaintiff notes five (5) of the JOHN DOES have been identified and added as defendants in the SECOND AMENDED COMPLAINT [Docket No. 31-1].   JOHN DOES 1 - 7 remain to be identified.

With no objections from defendant as to the acceptance for filing,

**It is ORDERED:**    Plaintiff's  MOTION TO AMEND COMPLAINT [Docket No. **29**, Filed August 12, 2010]   is **GRANTED** and the First Amended Complaint [Docket No. 29-1] is accepted for filing as of the date of this Minute Order.


**It is ORDERED:**    Plaintiff's UNOPPOSED SECOND  MOTION TO AMEND COMPLAINT [Docket No. **31**, Filed August 12, 2010]   is **GRANTED** and the Second Amended Complaint  [Docket No. 31-1] is accepted for filing as of the date of this Minute Order.

       The caption shall be modified to reflect the current defendants.

       **The SECOND AMENDED COMPLAINT is the operative pleading.**

Parties are directed to meet and confer regarding the status of legal representation for all of the defendants. If there is no conflict, parties shall file a stipulation that counsel accepts service of Second Amended Complaint as to all defendants.

**It is ORDERED:**    ORDER TO SHOW CAUSE [Docket No. **22,** Filed July 14, 2010] and SHOW CAUSE HEARING are continued to **NOVEMBER 09, 2010 at 9:00 a.m.** or until further Order of the Court. Plaintiff shall identify the JOHN DOES 1 - 7 or show cause why the JOHN DOES 1 - 7 should not be dismissed.

Hearing concluded.
**Court in recess:**    9:18 a.m.
Total In-Court Time 00: 18

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.