IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.10 CV 00580WYD-MJW

SEAN SUMPTER, and
K.S., a minor by GEORGE and KATHIE SUMPTER, his parents and next friend
GEORGE SUMPTER
KATHIE SUMPTER

Plaintiffs

v.

NATHAN AHLBRECHT, individually and in his capacity as an Investigator and Employee of the Elbert County Sheriff's Office and
WILLIAM FRANCIS, individually and in his capacity as an Employee of the Elbert County Sheriff's Office and
ROBERT PETERSON, individually and in his capacity as an Employee of the Elbert County Sheriff's Office
DOUG DIXON, individually and in his capacity as an Employee of the Elbert County Sheriff's Office
SHANE HEAP, individually and in his capacity as an Employee of the Elbert County Sheriff's Office
MICHELLE MATTIVE, individually and in her capacity as an Employee of the Elbert County Sheriff's Office
ELBERT COUNTY SHERIFF'S OFFICE, and
ELBERT COUNTY, and
JOHN DOES 1-7 whose true names and identifies are unknown

Defendants

---

**ORDER RE: UNOPPOSED MOTION TO VACATE
NOVEMBER 9TH 2010 SHOW CAUSE HEARING AND TO DISMISS
JOHN DOES 1-7**  ( Docket p. 48 )

---

**THIS MATTER** is before the Court on Plaintiffs' **Unopposed Motion to Vacate November 9th 2010 Show Cause Hearing and to Dismiss John Does 1-7**, and

1

the Court having reviewed the Motion and all responsive pleadings and being fully advised of the premises therein, hereby **GRANTS** Plaintiffs' Motion and Orders that the hearing set for November 9, 2010 is vacated and John Does 1-7 are dismissed from this action.

Dated this 8th day of November, 2010.

BY THE COURT: _/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2