IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.10 CV 00580WYD-MJW

SEAN SUMPTER, and
K.S., a minor by GEORGE and KATHIE SUMPTER, his parents and next friend
GEORGE SUMPTER
KATHIE SUMPTER

Plaintiffs

v.

NATHAN AHLBRECHT, individually and in his capacity as an Investigator and Employee of the Elbert County Sheriff's Office and
WILLIAM FRANCIS, individually and in his capacity as an Employee of the Elbert County Sheriff's Office and
ROBERT PETERSON, individually and in his capacity as an Employee of the Elbert County Sheriff's Office
DOUG DIXON, individually and in his capacity as an Employee of the Elbert County Sheriff's Office
SHANE HEAP, individually and in his capacity as an Employee of the Elbert County Sheriff's Office
MICHELLE MATTIVE, individually and in her capacity as an Employee of the Elbert County Sheriff's Office
ELBERT COUNTY SHERIFF'S OFFICE, and
ELBERT COUNTY

Defendants

---

**ORDER RE: UNOPPOSED MOTION TO AMEND CAPTION AND PLEADINGS** [ Docket No. 93 ]

---

**THIS MATTER** is before the Court on Plaintiffs' **Unopposed Motion to Amend Caption and Pleadings**, and the Court having reviewed the Motion and all responsive pleadings and being fully advised of the premises therein, hereby **GRANTS** Plaintiffs'

Motion and Orders that all claims alleged in the Second Amended Complaint brought by K.S., a minor by GEORGE and KATHIE SUMPTER, his parents and next friend, to now be brought by Kyle Sumpter on his own behalf, that the caption be modified to reflect both the true name of K.S., which is Kyle Sumpter, and the new name of Defendant Mattive, which is now Nail.

Dated this 6th day of October, 2011.

BY THE COURT: _____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO