IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-00580-WYD-MJW

SEAN SUMPTER;
KYLE SUMPTER;
GEORGE SUMPTER; and
KATHIE SUMPTER,

     Plaintiffs,

v.

NATHAN AHLBRECHT, individually and in his capacity as an Investigator and Employee of the Elbert County Sheriff's Office,
WILLIAM FRANGIS, individually and in his capacity as an Employee of the Elbert County Sheriff's Office,
ROBERT PETERSON, individually and in his capacity as an Employee of the Elbert County Sheriff's Office,
DOUG DIXON, individually and in his capacity as an Employee of the Elbert County Sheriff's Office,
SHAYNE HEAP, individually and in his capacity as an Employee of the Elbert County Sheriff's Office,
MICHELLE NAIL, individually and in her capacity as an Employee of the Elbert County Sheriff's Office,
ELBERT COUNTY SHERIFF'S OFFICE, and
ELBERT COUNTY;

     Defendants.

---

### ORDER OF DISMISSAL OF PARTIES

---

This matter comes before the Court on the Stipulated Motion to Dismiss Defendants Nathan Ahlbrecht, William Frangis, Shayne Heap, Robert Peterson, Doug Dixon and Michelle Nail with Prejudice pursuant to FED. R. CIV. P. 41 (ECF No. 114). After carefully reviewing the file in this matter, I find that the motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss Defendants Nathan Ahlbrecht, William Frangis, Shayne Heap, Robert Peterson, Doug Dixon and Michelle Nail is **GRANTED**.   Defendants Nathan Ahlbrecht, William Frangis, Shayne Heap, Robert Peterson, Doug Dixon and Michelle Nail are **DISMISSED WITH PREJUDICE** from this action.   Each party shall pay his or its own attorneys' fees and costs.   This Order does not impact Defendants Elbert County Sheriff's Office or Elbert County.   It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of these Defendants.

Dated:   March 29, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE