IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-00580-WYD-MJW

SEAN SUMPTER; and
K.S., a minor by GEORGE and KATHIE SUMPTER, his parents and next friend, and
GEORGE SUMPTER; and
KATHIE SUMPTER,

      Plaintiffs,

v.

ELBERT COUNTY SHERIFF'S OFFICE and
ELBERT COUNTY

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court upon the parties' Stipulated Dismissal with Prejudice (ECF No. 117).   After carefully reviewing the file, I find that the stipulation should be approved.   Accordingly, it is hereby

ORDERED that the parties' Stipulated Dismissal with Prejudice (ECF No. 117) is **APPROVED.**   All claims against the Elbert County Sheriff's Office and Elbert County, are dismissed with prejudice, each party to pay his, her or its own costs and attorney fees.   It is

FURTHER ORDERED that by issuance of this order, this case is resolved in its entirety because a dismissal of all claims against Defendants Nathan Ahlbrecht, William Frangis, Shayne Heap, Robert Peterson, Michelle Nail and Doug Dixon was previously

filed.   As such, the Court hereby closes this case.

Dated:   April 10, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE